upon condition that the appellants continue their bond in the sum of $150,000 until the determination by this court of the appeal and procure the said appeal to be argued on the 14th day of December, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of ALBERT J. PFEIFFER, INC., for an Order Directing that Arbitration Proceed between ALBERT J. PFEIFFER, INC., and LARGMAN, GRAY COMPANY. ALBERT J. PFEIFFER, INC., Appellant, Respondent; LARGMAN, GRAY COMPANY, Respondent, Appellant.*— Order reversed, with ten dollars costs and disbursements to the appellant Albert J. Pfeiffer, Inc., and the motion to vacate the award denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

In the Matter of the Application of ALBERT J. PFEIFFER, INC., for an Order Directing that Arbitration Proceed between ALBERT J. PFEIFFER, INC., and LARGMAN, GRAY COMPANY. ALBERT J. PFEIFFER, INC., Respondent; LARGMAN, GRAY COMPANY, Appellant.— Appeal dismissed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

FLANSON REALTY CORPORATION, Respondent, v. WORKER'S UNITY HOUSE, INC., Appellant.— Appeal dismissed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

ALBERT M. GOTTLIEB and Another, Respondents, v. HENRY HAUER, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of DAVID HERMEL, Respondent, for the Appointment of an Arbitrator and that Such Arbitration Be Directed to Proceed in the Manner Provided for in the Contract, etc., between KORNEL S. W. HERMEL, LOUIS BLOCK and DAVID HERMEL.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GREATER LAROON BUS CORPORATION, a Domestic Corporation, Respondent, v. GRAMM MOTORS, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the defendant at the time of the service of the summons was not doing business within the State of New York. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS WEINGARTEN, Appellant, v. ANNA WEINGARTEN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EMANUEL J. GERLI, Respondent, v. UNITED SILK MILLS, Defendant. MILTON M. UNGER, as Trustee in Bankruptcy of the Defendant, Appellant.— Order reversed, with ten dollars costs and disbursements to the appellant, and the motion granted to the extent of opening the default and substituting the trustee as defendant, with leave to answer or move with respect to the complaint within twenty days from service of order, the judgment to stand as security; and in all other respects the motion is denied. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LORRAINE MANUFACTURING COMPANY, Respondent, v. ABRAHAM ISRAEL and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and

* Affd., 251 N. Y. ——.